**BAKER & HOSTETLER LLP**
Heather J. McDonald (HM 3320)
Robertson D. Beckerlegge (RB 1829)
Sydney W. Park (5999404)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BURBERRY LIMITED; GIANNI VERSACE, S.R.L.;
HERMÈS INTERNATIONAL; LOUIS VUITTON
MALLETIER; and MICHAEL KORS, L.L.C.,

          Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES,
and XYZ COMPANIES,

          Defendants.

---

MISCELLANEOUS ACTION NO.

24 MC 209

**NOTICE OF PLAINTIFFS'**
**EX PARTE MOTION TO FILE**
**ACTION UNDER SEAL**

*[Handwritten annotation:]* MOTION TO FILE ACTION UNDER SEAL GRANTED. THE CLERK IS DIRECTED TO CLOSE THIS CASE

SO ORDERED.

*[Signature]* 5/3/24   USDJ

PLEASE TAKE NOTICE that, upon the Declaration of Robertson D. Beckerlegge, Esq., dated May 2, 2024 and copy of the proposed complaint, Plaintiffs Burberry Limited; Gianni Versace, S.r.l.; Hermès International; Louis Vuitton Malletier; and Michael Kors L.L.C. (all collectively, "Plaintiffs"), will move this Court at such time and date as the Court shall direct, for an Order under 15 U.S.C. § 1116(d)(8) requiring the papers in support of Plaintiffs' request for a seizure order to be filed under seal, including but not limited to, the following documents:

1. Summons;
2. Complaint & Exhibit A;
3. Order To Show Cause on Motion for a Temporary Restraining Order, Preliminary Injunction & Seizure Order;

4. Plaintiffs' Memorandum of Law in Support of the Order To Show Cause;

5. Affidavit of Mr. Raymond Dowd;

6. Declaration of Robertson D. Beckerlegge;

7. Plaintiffs' Declarations;

8. Ancillary Documents: Rule 7.1 Statements; Civil Cover Sheets; and Form AO-120;

9. This Notice of Motion, the Declaration of Robertson D. Beckerlegge in Support of this Motion, and the Order Sealing the File; and

10. Bond to be issued in this action.

Dated: May 2, 2024
New York, New York

Respectfully Submitted,

**BAKER & HOSTETLER LLP**

By: _____
Heather J. McDonald (HM 3320)
Robertson D. Beckerlegge (RB 1829)
Sydney W. Park (5999404)
45 Rockefeller Plaza
14th Floor
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Plaintiffs*